UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LATOYA SHENEA JOHNSON, | CASE NO. 17-66496-WLH |
| Debtor(s). | |

**OBJECTION TO CONFIRMATION**

COMES NOW First American Title Lending of Georgia, LLC ("Creditor"), and respectfully shows the Court the following:

1.

Debtor filed this petition for relief under Chapter 13 of the Code on September 21, 2017.

2.

On or about July 25, 2017, Debtor pledged a 2003 Cadillac Escalade ("Collateral") having a Vehicle Identification Number ("VIN") 1GYEK63N43R101689 to First American Title Lending of Georgia, LLC for a title pawn loan of $3,840.80.  A copy of the contract and the electronic title copy showing Creditor's security interest are attached hereto as "Exhibit A".

3.

The contract for the Collateral called for repayment of the loan plus interest on August 24, 2017, however, Debtor never made her first payment.  The loan defaulted on August 25, 2017.  The thirty-day grace period under Georgia law expired on September 24, 2017, and the sixty-day period to redeem Collateral under 11 USC § 108 (b) expired on November 20, 2017.

4.

Under bankruptcy law, debtors' legal and/or equitable interest in property is determined by state law for purposes of 11 USC § 541 (a)(1), *Butner v. United States*, 440 U.S. 48 (1979).

Under the Georgia Pawnbroker Act, if Debtor fails to redeem the Collateral by paying principal, accrued interest and fees within the 30 day grace period or in this case following the sixty day right of redemption under the Code, the title to the Debtor will be extinguished and vested fully in the Creditor. O.C.G.A § 44-14-403 (b) provides:

> Pledged goods not redeemed within the grace period shall be automatically forfeited to the pawnbroker by operation of this Code section, and any ownership interest of the pledger or seller shall automatically be extinguished as regards the pledged item.

5.

Creditor holds a title pawn in the amount of $4,647.36. Neither the Debtor nor the Chapter 13 Trustee has taken any steps to redeem the Collateral from FATL's title pawn, or state their intention to do so. FATL is not adequately protected as the Chapter 13 Plan attempts to treat Creditor's interest as a regular secured creditor.

WHEREFORE, because the above described 2003 Cadillac Escalade is no longer property of the estate, the right of redemption under bankruptcy law has expired prior to the confirmation hearing, Creditor prays that a hearing be scheduled in this matter and that confirmation in this case be Denied, and for whatever other relief this Court deems just and proper.

Respectfully submitted,

/s/ Paul R. Knighten
Paul R. Knighten
GA Bar No: 426525
Knighten Law Firm
221 Peachtree Road NE
Suite D-295
Atlanta, GA 30309
paul@knightenlawfirm.com
404.589.1832

BANKRUPTCY CASE NO. 17-66496-WLH

CHAPTER 13

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the following parties in the foregoing matter with a copy of the within Objection to Confirmation by U.S. Mail, postage prepaid, and addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA  30303

Karen King
King & King Law, LLC
215 Pryor Street SW
Atlanta, GA  30303

Latoya Shenea Johnson
4360 Margo Street
Austell, GA  30106

This 29th day of November, 2017.

/s/ Paul R. Knighten
Paul R. Knighten
GA Bar No: 426525

**Written Disclosure Ticket**  **PAWN TRANSACTION**

### Pledgor & Co-Pledgor Information

| ACCOUNT NUMBER | PAWN TICKET NUMBER |
|---|---|
| ▆7280 | 1819 |

| FIRST NAME | MIDDLE NAME | LAST NAME | CO-PLEDGOR FIRST NAME | CO-PLEDGOR LAST NAME |
|---|---|---|---|---|
| LATOYA | SHENEA | JOHNSON | | |

| SSN | DRIVERS LIC./STATE ID. NO. | CO-PLEDGOR SSN | CO-PLEDGOR'S DRIVERS LIC./STATE ID. NO. |
|---|---|---|---|
| XXX-XX-8821 | ▆ | | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4360 MARGO STREET | AUSTELL | GA | 30106 |

| HOME PHONE | HAIR COLOR | EYE COLOR | HEIGHT | WEIGHT | BIRTH DATE |
|---|---|---|---|---|---|
| | | N/A | | | ▆ 1984 |

### Vehicle & Pawnbroker Information

**PAWNBROKER HOURS OF OPERATION:** Monday to Friday 9:00 A.M. to 6:00 P.M., Saturday 9:00 A.M. to 4:00 P.M., Closed Sunday

| DATE/TIME OF PAWN | MATURITY DATE | PAWNBROKER NAME | PAWNBROKER PHONE NUMBER |
|---|---|---|---|
| 07/25/2017  10:34:00 AM | 08/24/2017 | First American Title Lending of Georgia, LLC | (770) 952-1011 |

| PAWNBROKER STREET ADDRESS | PAWNBROKER CITY | PAWNBROKER STATE | PAWNBROKER ZIP CODE |
|---|---|---|---|
| 1690 Cobb Pkwy S Suite F | Marietta | GA | 30060 |

| VEHICLE CERTIFICATE OF TITLE NUMBER | TITLE STATE | VEHICLE IDENTIFICATION NUMBER (VIN) | ODOMETER | LICENSE PLATE |
|---|---|---|---|---|
| 770621171628970 | GA | 1GYEK63N43R101689 | 211779 | RGJ6641 |

| VEHICLE YEAR | VEHICLE MAKE | VEHICLE MODEL | DOORS | CYLINDERS | COLOR |
|---|---|---|---|---|---|
| 2003 | Cadillac | Escalade | | | BLACK |

In this Written Disclosure Ticket the words "this document," "pawn transaction," "pawn ticket," "this transaction," and "the transaction" are defined as they are in O.C.G.A. §44-12-130 et seq. and mean this signed agreement. The words "you," "your," "seller," and "pledgor," mean the pledgor and/or co-pledgor identified above who have signed it. The words "we," "us," "our," and "pawnbroker" mean ___First American Title Lending of Georgia, LLC___, a pawnbroker licensed under and operating pursuant to Part 5 of Article 3 of Chapter 12 of Title 44 of the Georgia statutes relating to pawnbrokers, O.C.G.A. § 44-12-130 et seq. The words "vehicle," "motor vehicle," and "pawned item" mean the vehicle identified above. The words "title," "certificate of title," "pledged goods," "merchandise," and "pledged items" mean the motor vehicle certificate of title identified above.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **127.75 %** | **$403.28** | $3,840.80 | $4,244.08 |

Payment Schedule: One payment in the amount of  $4,244.08  due on  Thursday  (day of week),  August  (month)  24  (day),  2017.

Security: You are giving a security interest in the motor vehicle.

Prepayment: If you pay off early, you will not be entitled to a refund of part of the finance charge.

See the terms below and on the other pages of this Written Disclosure Ticket for any additional information about nonpayment, default and prepayment refunds and penalties.

Itemization of Amount Financed:

| Check # | Pay To | Amount |
|---|---|---|
| 10912536 | LATOYA JOHNSON | $3,822.80 |
| 10912537 | COBB COUNTY TAX COMMISSIONER | $18.00 |

This is a pawn transaction. Failure to make your payments as described in this document can result in the loss of the pawned item. The pawnbroker can sell or keep the item if you have not made all payments by the specified maturity date. Failure to make your payment as described in this document can result in the loss of your motor vehicle. The pawnbroker can also charge you certain fees if he or she actually repossesses the motor vehicle.

**Pledge.** You hereby grant to us a security interest in your motor vehicle. In consideration of your pledge of the motor vehicle, your promises under this Written Disclosure Ticket, and your delivery to us of the motor vehicle's certificate of title, we agree to lend you $3,840.80 ("Principal Amount"). **Pursuant to O.C.G.A. § 44-12-137(7), you are not personally liable under this pawn transaction.** Therefore, if you choose to redeem or repurchase the pledged goods, you must pay us in cash the Total of Payments listed above on the specified maturity date of the pawn transaction, which is 08/24/2017 (hereinafter the "Specific Maturity Date"); however, if the Specific Maturity Date falls on a day on which we are not open for business, then you must pay us on the next business day

# ADDITIONAL TERMS AND CONDITIONS OF THIS WRITTEN DISCLOSURE TICKET

transaction or during any extension or continuation of this pawn transaction. The Pledgor does hereby acknowledge that he has inspected the Vehicle and that such motor vehicle is in good repair and condition. The Pledgor does hereby assume and bear the entire risk of loss or damage to the Vehicle while in his possession and does agree to indemnify and hold harmless the Pawnbroker from any and all property damages or personal injuries arising from the operation of the Vehicle, including, but not limited to, all lawsuits, judgments, attorneys fees, court costs, or any expenses that may be incurred. The Pledgor agrees to maintain liability and casualty insurance with respect to the Vehicle during the duration of this pawn transaction. This Written Disclosure Ticket may only be amended as you and we agree in writing.

**Covered Borrower Identification Statement**

Federal law provides important protections to active duty members of the Armed Forces and their dependants. To ensure that these protections are provided to eligible applicants, we require you to sign on one of the following statements as applicable (Sign only one):

I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer.

_____

I AM a dependant of a member of the Armed Forces on active duty because I am the member's spouse, the member's child under the age of eighteen years old, or I AM an individual for whom the member provided more than one-half of my financial support for 180 days immediately preceding today's date.

_____

--OR--

I AM NOT a member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependant of such a member).

_____[signature]_____

Warning: It is important to fill out this form accurately. Knowingly making a false statement on a credit application is a crime.

By signing this Written Disclosure Ticket you acknowledge that it was filled in before you did so and that you have received a completed copy of it. You also warrant and represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code. You further acknowledge that we are a Pawnbroker and that you are engaging in a Pawn Transaction with us (the terms of which are contained herein) as allowed by O.C.G.A. § 44-12-130 et seq. **You further acknowledge that you have read, understand, and agree to all of the terms of this Written Disclosure Ticket, including the Jury Trial Waiver and Arbitration Clause.**

All right, title and interest of First American Title Lending of Georgia, LLC hereunder are subject to a security interest in favor of Diamond Creek Capital, LLC and its successors and assigns. Any assignment, grant of security interest or other transfer by First American Title Lending of Georgia, LLC of any of its rights hereunder will violate the rights of Diamond Creek Capital, LLC, and its successors and assigns.

_____[signature]_____
Pledgor Signature

First American Title Lending of Georgia, LLC
By: _____[signature]_____
Its employee

Co-Pledgor Signature

[ Right Index Finger Print ]

Any comments or questions may be directed to Customer Service at the following number: (423) 899-6830



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1GYEK63N43R101689 | 2003 | CADI | | | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 772404172146007 | | GA | 08-08-2017 |

**Full Name of Owner(s)**
LATOYA JOHNSON
4360 MARGO ST
AUSTELL, GA 301061056

**Vehicle Brand(s)**

**Liens(s)**
FIRST AMERICAN TITLE LENDING
OF GEORGIA
[Suite F
1690 Cobb Pkwy South
Marietta, GA 30060]*

**Odometer Brand(s)**

Lien Date:
ELT Number: 001100798782
LTN: LTN170808-12

* Information has been supplied by the lienholder, not the state titling agency.

Document ID: LPTKBAPN1A    **THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of Decision Dynamics, Inc.

